# Missouri State University

## 2005-2006 Undergraduate Catalog  Home

SWK courses

## School of Social Work

200 Professional Building, Phone: 836-6953, FAX: 836-7688
Email: SocialWork@missouristate.edu

**Director:** Associate Professor Lola Butler, Ph.D.

**Professors:** John T. Pardeck, Ph.D.; Gregory Skibinski, Ph.D.

**Associate Professors:** Mary Ann Jennings, Ph.D.; Joan McClennen, Ph.D.; Anne B. Summers, D.S.W.

**Assistant Professors:** Stephen J. Brannen, Ph.D.; Susan Dollar, Ph.D.; Diane Elliott, L.C.S.W.; Frank Kauffman, Ph.D.; Glenda Short, Ph.D.

**Instructor:** Michele Garrison, M.S.W.

**Director of Field Education:** Catherine Hawkins, M.S.W., L.C.S.W.

**Supervisor of Clinical Experiences:** Michele L. Day, A.C.S.W., L.C.S.W.

**Accreditation:** Council on Social Work Education (CSWE) – Social Work, B.S.W., M.S.W.

## Major

### Social Work (Comprehensive)

#### Bachelor of Social Work

The Social Work major prepares graduates for beginning generalist social work practice.

Admission to the Social Work Program

Exhibit_A_001

The admission procedure to the Bachelor of Social Work (BSW) program consists of a two-tier process (Initial Progression and Advanced Progression). To comply with the requirements of the criteria and procedures, students are expected to meet with their advisor at least once a semester and are encouraged to apply to the program as soon as possible. Students may contact their advisor with any questions related to the admissions process. The decision to admit a student to the Social Work Program will be based on a holistic picture of the completed course work and values that are consistent with the conduct of the profession and the National Association of Social Workers' Code of Ethics.

**Initial Progression:**

Students are eligible to apply for Initial Progression into the BSW program when the following conditions are met:

1. Completion of a minimum of 45 credit hours;

2. Completion of the Basic Required Courses for General Education except Writing II (i.e., IDS 110, CSC/CIS 101 or CSC 111, COM 115, ENG 110, MTH 130 or higher, PED 100);

3. Completion of Introduction to Social Work (SWK 212) with a minimum of a "C" grade;

4. Completion of Citizenship and Service Learning (CASL) one-credit course attached to one of three courses: Interviewing Skills in Generalist Social Work Practice (SWK 205), Introduction to Social Work (SWK 212), Human Diversity (SWK 219), **OR** a 40 hour volunteer experience in a human service agency completed within three years prior to application for admission. *Although SWK 300 is not required for admission, it is highly recommended. Those who take SWK 300 will be looked upon favorably in the BSW admissions process.* If students elect to make arrangements for their own volunteer experience, or plan to use an already completed experience, they must meet with their advisor to discuss the requirements of the volunteer program. Completion of 30 credit hours is a prerequisite of SWK 300.

5. A minimum combined GPA of 2.30; however, students must have a combined GPA of 2.50 prior to applying for Advanced Progression. Only students with a minimum combined GPA of 2.50 at the time of Initial Progression can be "Admitted." Students with a combined GPA between 2.30 and 2.50 can be "Admitted Conditionally" or "Denied."

**Advanced Progression:**

Students not "Admitted" during the Initial Progression must apply for Advanced Progression before being formally "Admitted." Students are eligible to apply under the following conditions:

1. A minimum combined GPA of 2.50

2. Completion of SWK Practice With Individuals (SWK 305)

3. A copy of the "Individual Student Plan for Conditional Admission", with evidence that the conditions specified on the plan have been met.

Students not fully "Admitted" will be *ineligible* to enroll in Social Work Practice in Communities and Organizations (SWK 430), the Practicum in Social Work (SWK 490) and its accompanying Social Work Integrative Seminar (SWK 480).

Students must understand that if they fail to meet the conditions described above by the time they have completed 75 credit hours, the amount of time required to complete their program may be extended to beyond the normal amount of time required for graduation.

Academic credit for life experience and previous work experience will not be given, in whole or in part, in lieu of the field practicum or any other social work course.

All social work students admitted to the Social Work Program under these conditions must attain a combined 2.50 GPA or higher at the time of graduation for all coursework completed at Missouri State. This program is accredited by the Council on Social Work Education. Additional information regarding the Social Work Program may be found in the **Social Work Student Handbook** available from the School of Social Work.

A. General Education (see General Education section of catalog) Specific General Education Requirements: BIO 102(4) or BIO 121(4) or BMS 100(4) or 105(4) or 110(4); ECO 155(3) (or ECO 165 may be taken although it is **not** a general education course); PSY 121(3); SOC 150(3)

B. Major Requirements

1. SWK 205(3), 212(3), 219(3), 222(3), 305(3), 308(3), 309(3), 318(3), 322(3), 409(3), 420(3), 430(3), 480(3), 490(9) and two SWK electives (6).

2. ECO 155(3) or 165(3); PSY 200(3) or SOC 302(3); PSY 304.

C. General Baccalaureate Degree Requirements (see "Academic Programs and Requirements" section of catalog)

## Graduate Program

A Master of Social Work degree is offered. See the Graduate Catalog for details.

## Social Work Courses

**SWK 205 Interviewing Skills in Generalist Social Work Practice.** 3(3-0) F,S.

Prerequisite: SWK 212, 222 or concurrent enrollment. An introduction to basic interviewing skills based upon the purpose of and plan for the interview in the context of generalist social work practice. SWK 300 may be taken concurrently.

**SWK 212 Introduction to Social Work.** 3(3-0) F,S.

Prerequisite: ENG 110 and COM 115. This course is an introduction to the values, knowledge, and skills that guide the profession of social work. Examines practice interventions at the individual, family, group, organization and community levels. The fields and settings for social work practice are discussed. SWK 300 may be taken concurrently.

**SWK 219 (319) Human Diversity.** 3(3-0) F,S.

Prerequisite: SWK 212, PSY 121, SOC 150. Content and skill development pertinent to working with diverse racial, cultural, ethnic, and other populations such as persons with physical disabilities and mental illnesses. This course is designed primarily to inform and sensitize individuals for effective interventions within a heterogeneous society. SWK 300 may be taken concurrently.

**SWK 222 Human Behavior and the Social Environment I.** 3(3-0) F,S.

Prerequisite: SOC 150; PSY 121; and one of the following: BIO 102, BIO 121, BMS 100, BMS 105 or BMS 110. SWK 212 may be taken concurrently. An introduction to the dynamics of human behavior and the effects of the social environment on the development of individuals and families.

**SWK 300. Service Learning in Social Work.** 1(0-2) F,S.

Prerequisite: 30 hours, concurrent registration in a social work course designated as a service learning offering (SWK 205, SWK 212, SWK 219). This service component for an existing course incorporates community service with classroom instruction to provide an integrative learning experience that addresses the practice of citizenship and promotes an awareness of and participation in public affairs. Includes 40 hours of service that benefits an external community organization or human/social service agency. Approved settings will focus on populations-at-risk, diverse populations and groups that have experienced social and economic injustice. A list of approved placements and assignments is available from the instructor and the Citizenship and Service Learning Office. May be repeated but no more than two hours of service learning may count toward graduation. Graded Pass/Not Pass only.

**SWK 305 (410) Social Work Practice with Individuals.** 3(3-0) F,S.

Prerequisite: SWK 205, 212, 219, 222, 300, PSY 304, Writing II and Initial Progression (initial admission) into the BSW program. Basic principles, practice theories and skill for beginning generalist practice with individuals. Integrates

practice theory and intervention skills within the context of the Generalist Intervention/Problem-Solving model. The class emphasizes personal awareness, professional growth, critical thinking and skills practice.

**SWK 308 Social Justice.** 3(3-0) F,S.

Prerequisite: SWK 219 and 222; ECO 155 or 165 or equivalent; and PLS 101. The primary subject matter of this course is social and economic inequality in United States society. Students are introduced to the patterns and processes of social and economic inequality in its major forms: class, race/ethnicity, gender, and sexual and political orientation.

**SWK 309 Social Welfare Policy and Services I.** 3(3-0) F,S.

Prerequisite: SWK 308. This course examines the historical development and philosophical orientation of social welfare policy and services in the United States as well as introduces students to the development of social work as a profession. The course focuses on selected major social welfare policies and programs and the philosophical, economic, social and political forces that shape their development.

**SWK 310 Children's Rights.** 3(3-0) F,S.

A study of the role of the child in American society, and the value placed on children as evidenced by the rights accorded them. Children's rights to be studied include moral, legal, constitutional, civil, and human.

**SWK 318 Methods of Social Research in Social Work Practice.** 3(3-0) F,S.

Prerequisite: SWK 212 and 222; following prerequisites may be taken concurrently: SWK 219, SOC 302 or PSY 200 or equivalent. The application and use of the social scientific method for conducting research and applying research to social work practice including, but not limited to, single subject research design, treatment intervention evaluation, and program evaluation.

**SWK 320 Services for Women.** 3(3-0) D.

Examination of the multiple problems women experience, and needed community resources. Areas of study broadly include women and health, violence against women, women and socio-economic status.

**SWK 322 Human Behavior and the Social Environment II.** 3(3-0) F,S.

Prerequisite: SWK 212, 219, and 222. Exploration of a broad systems' approach to the generalist practice of social work. Focuses on the theories that support social work practice with groups, organizations, and communities.

**SWK 330 Substance Abuse Interventions.** 3(3-0) F,S.

Exhibit_A_005

Examinations of the problems of alcohol and chemical dependence. Areas of study broadly include definitions, prevalence, etiology, policies, effects on family and society, and prevention and treatment approaches.

**SWK 370 Child Welfare Services.** 3(3-0) F,S.

Develop beginning competence in assessing types and benefits of different child welfare services, (i.e., foster care, adoptions, institutionalization); examination of the impact of public policies and social work practice on children and families.

**SWK 397 (300) Special Topics.** 1-3 D.

Prerequisite: permission of instructor. Selected topics of contemporary interest in social work such as changing social welfare policy, specialized fields of social work, models of practice and future trends in social work. May be repeated to a total of 6 hours as topics change. Variable Content Course.

**SWK 409 Social Welfare Policy and Services II.** 3(3-0) F,S.

Prerequisite: SWK 305, 308, 309, 318, 322 and Initial and Final Progression (fully "Admitted") status into the BSW program. An introduction to the analytic, interactional, value clarification and political strategies necessary for policy analysis and implementation.

**SWK 420 Social Work Practice with Groups and Families.** 3(3-0) F,S.

Prerequisite: SWK 305, 322 and Initial Progression (initial admission) into the BSW program. Offers basic principles of group and family (G/F) interventions with a generalist practice foundation. Contrasts G/F with other forms of social work practice. Reviews skills required to conduct clinical and task groups. Overviews skills needed to work with families. Emphasizes cultural diversity and ethical parameters when offering G/F services.

**SWK 430 Social Work Practice in Communities and Organizations.** 3(3-0) F,S.

Prerequisite: SWK 409 and 420; Final Progression (fully "Admitted") status into the BSW program. Problem assessment and practice interventions with macrosystems. Examines strategies and techniques for social work practice with organizations and communities. Must be concurrently enrolled in SWK 480 and SWK 490.

**SWK 480 Social Work Integrative Seminar.** 3(3-0) F,S.

Prerequisite: SWK 219, 318, 322, 409, 420 and Final Progression (fully "Admitted") status into the BSW program. Must be concurrently enrolled in SWK 430 and 490. Examines student experiences, problems, and questions related to the practicum. Integrates theory, knowledge, social work values and skills from previous social work courses to prepare generalist social work practitioners. Failure to pass this course will result in failure to pass SWK 490.

**SWK 490 Practicum in Social Work.** 9(0-32) F,S.

Prerequisite: SWK 318, 219, 322, 409, 420 and Final Progression (fully "Admitted") status into the BSW program. Must be concurrently enrolled in SWK 430 and 480. An educationally directed social work practice experience with individuals, groups, families, communities and organizations in a social service agency. Students are required to work a minimum of 450 hours. A student who receives a not pass grade may repeat the course only with Field Education Committee approval. Failure to pass this course will result in failure to pass SWK 480. A student must perform at the "C" level or above in order to graduate with the BSW. A practicum liability insurance fee is required. Graded Pass/Not Pass only.

**SWK 496 (492) Directed Readings in Social Work.** 1-3, D.

Prerequisite: 6 hours of social work and permission. Readings designed to supplement material introduced in previous social work courses. Includes a wide selection from literature in the field. May be repeated to a total of 9 hours.

**SWK 502 Rural Health.** 3(3-0) F,S. (Identical with NUR 502)

Prerequisite: junior standing and permission of instructor. This course offers a study of health care delivery in rural communities. It includes theoretical foundations, cultural considerations and specific characteristics of rural environments and people. Local and international perspectives will be explored. This course has a community experience component. Cannot receive credit for both NUR 502 and SWK 502.

**SWK 597 Special Topics.** 1-3, D.

Prerequisite: permission of the instructor. Selected topic of advanced content in social work, relevant to fields of practice or practice methodologies. May be repeated to a total of 6 hours as topics change.

*The following courses are open only to graduate students.*

**SWK 605 Human Behavior and Social Environment.** 3(3-0) F.

Prerequisite: sequence schedules\*. Content on life span development and the influence of various systems on the individual.

**SWK 610 Social Work Practice I.** 3(3-0) F.

Prerequisite: sequence schedules\*. Within a generalist framework, course provides an ethically-based, theory-driven, culturally competent approach to delivering professional social work services to individuals with varied issues and practice settings.

**SWK 615 Social Welfare Policy and Services.** 3(3-0) F.

Prerequisite: sequence schedules*. Covers the historical development, philosophical orientation, and analysis of social welfare policy and services in the United States. Examines social welfare policy in multiple areas.

**SWK 620 Introduction to Social Work Research.** 3(3-0) S.

Prerequisite: sequence schedules*. Understanding of social research methods and application of research to social work practice. Incorporates content on evaluation of practice and program evaluation.

**SWK 625 Social Work Practice II.** 3(3-0) F.

Prerequisite: see sequence schedules*. Within a generalist framework, this course focuses primarily on groups and families, the basic skills required to facilitate group process and tasks, contrast between designed groups and family groups, and strategies for working with families.

**SWK 626 Social Work Practice III.** 3(3-0) S.

Prerequisite: sequence schedules*. Uses social work methods to focus on the dynamics associated with organizational and community generalist practice. This course provides a knowledge base (i.e., theory, research, and practice wisdom), values, and practice skills for the generalist social work profession. Concentration will be on social work practice occurring with organizations and communities.

**SWK 630 Human Diversity and Societal Systems.** 3(3-0) F.

Prerequisite: sequence schedules*. Theoretical perspectives and research findings on various populations at risk and the role of societal institutions in perpetuating social and economic injustice.

**SWK 635 Field Instruction I.** 9(0-30) S.

Prerequisite: concurrent with SWK 640 and sequence schedules*. Supervised social work experience in a social agency in the community. Students must complete 450 hours. A practicum liability insurance fee is required.

**SWK 640 Practicum Seminar I.** 1(1-0) S.

Prerequisite: concurrent enrollment in SWK 635 and sequence schedules*. Examines student experiences and problems in Field Instruction I. Designed to enhance the student's integration of theory, knowledge, and skills from previous courses.

**SWK 641 Family Health and Domestic Violence.** 3(3-0) D.

**Exhibit_A_008**

Prerequisite: graduate standing. Enhances students' understanding of the theories, policies, practices, and interventions related to family violence.

**SWK 642 Family Health and Substance Abuse.** 3(3-0) D.

Prerequisite: graduate standing. This course provides an opportunity for the students to understand the problems of alcohol and drug use and dependence, and their impact on family health.

**SWK 643 Management and Program Development in Human Service.** 3(3-0) D.

Prerequisite: graduate standing and consent of instructor. Develop knowledge and skills for effective supervisors and administrators in human service organizations. Students will also learn grant proposal writing and develop an understanding of their management style and philosophy.

**SWK 645 Perspectives on Family Health Systems.** 3(3-0) Su.

Prerequisite: sequence schedules*. Examines impact of family system on individual well-being and development as well as human diversity issues affecting individuals and families. Includes research and theory that guide social work practice within a family health context.

**SWK 646 Foundations of Family Health Research.** 3(3-0) Su.

Prerequisite: sequence schedules*. This course builds on the knowledge base acquired in the BSW research course by reviewing social work research methods, as necessary, for the purpose of developing a research proposal from a family health perspective. The course includes research concepts and tools most frequently encountered by the family health social work practitioner.

**SWK 650 Human Behavior and Family Systems.** 3(3-0) F.

Prerequisite: sequence schedules*. Provides a framework for understanding family systems and family health. The family is examined within an ecological context.

**SWK 654 Perspectives on Individual and Family Health Assessment.** 3(3-0) F.

Prerequisite: sequence schedules*. Advanced overview to help the student transition from individually-focused assessment (e.g., DSM-IV) to family focused assessment (e.g., FAD).

**SWK 655 Family Health Social Work Practice I.** 3(3-0) F.

Prerequisite: sequence schedules*. Knowledge and skills for advanced practice. Social work roles within different

Exhibit_A_009

settings will be covered.

**SWK 656 Family Health Social Work Practice II.** 3(3-0) S.

Prerequisite: sequence schedules*. Advanced assessment and family centered practice interventions that are related to the family health perspective.

**SWK 660 Family Health Policy.** 3(3-0) F.

Prerequisite: sequence schedules*. Assists students in understanding how policies affecting family health are designed. Provides an analysis of the family health care delivery systems in the United States and other countries.

**SWK 680 Field Instruction II.** 9(0-35) S.

Prerequisite: concurrent with SWK 685 and sequence schedules*. Continuation of practicum experience in a social agency focused on family health. Students must complete 525 hours. A practicum liability insurance fee is required.

**SWK 685 Practicum Seminar II.** 1(1-0) S.

Prerequisite: concurrent with SWK 680 and sequence schedules*. Examines student experiences and problems in Field Instruction II. Enhances the student's integration of theory, knowledge, and skills from previous courses.

**SWK 697 Research Project in Family Health Services.** 3(3-0) F.

Prerequisite: sequence schedules*. Advanced research project focused on student's area of family health interest. Student will be responsible for completing a publishable quality research document. This course meets the graduate college research requirement.

*Refer to sequence schedules under Degree Requirements in the Graduate College Catalog.*

Missouri State University • Copyright 2005 Board of Governors, Missouri State University • Disclaimer • Accessibility
Contact Information • Maintained by Records and Registration • Last Modified: January 12, 2006
URL: http://www.missouristate.edu/registrar/dept_sw.html

Case 6:06-cv-03432-RED    Document 1-1    Filed 10/30/06    Page 10 of 10

Exhibit_A_010