

Social Work

# Standards and Essential Functions

STANDARDS AND ESSENTIAL FUNCTIONS

FOR SOCIAL WORK EDUCATION

1.0

INTRODUCTION

This document sets out Standards and Essential Functions for Social Work Education that apply to students at the School of Social Work at Missouri State University, beginning May, 2002.

Because of the nature of professional social work practice, the School of Social Work has special expectations of students that may be different from non-professional programs. The essential functions and standards are linked to students' abilities to become effective social work professionals and are provided so that students and faculty can be clear about expectations and procedures to address performance concerns. The ultimate goal of the Essential Functions and Standards is to help students have a successful experience at the School of Social Work.

Becoming a professional is a developmental process. Individuals who teach and supervise students, along with program directors and coordinators, will assess student academic performance and apply their professional judgment to determine if standards are being met during a student's educational career. Professional judgment is the capacity to assess a situation by applying the values and knowledge of the social work profession, combined with a professional's own experience and practice wisdom. It also represents the application of knowledge, values, and skills to make decisions in a helping process.

All social work students will be provided with copies and expected to read the Standards and Essential Functions for Social Work Education and the National Association of Social Workers (NASW) Code of Ethics. Students will then be required to sign a form acknowledging that they have read the documents, are aware of the contents, and will abide by and demonstrate behavior consistent with those documents. The signed form will be kept in the students' files.

2.0

ACADEMIC PERFORMANCE:

SCHOLASTIC AND PROFESSIONAL PERFORMANCE

In order to meet its responsibilities to provide quality professional education and to ensure that its graduates are able to function in a broad variety of professional situations, the School of Social Work evaluates academic performance that consists of both scholastic and professional functioning.

2.1

CRITERIA FOR EVALUATING PROFESSIONAL PERFORMANCE IN THE BSW AND MSW
PROGRAMS

FOR ADMISSION AND CONTINUANCE IN THE SCHOOL OF SOCIAL WORK

Professional performance as defined by Standards and Essential Functions is distinguished from scholastic performance. Standards and Essential Functions describe the physical, cognitive, emotional, and character requirements to provide reasonable assurance that students can complete the entire course of study and participate fully in all aspects of social work education and the practice of social work. The Office of Disability Services and the Learning Diagnostic Clinic, in consultation with the School of Social Work, will determine reasonable accommodations. Acquisition of competence as a social worker is a lengthy and complex process. That process will be subverted if there are significant limitations of the student's ability to participate in the full spectrum of the experience and requirements of the curriculum.

Exhibit_C_013

Students in the School of Social Work at the Missouri State University are expected to possess the following Standards and Essential Functions at a level appropriate to their year in the program. Students are expected to meet these standards in the classroom, in their practica, and in a broad array of educational and professional situations. Attention to these standards will be part of the assessments made by faculty responsible for evaluating applications for admission to the program and by faculty responsible for evaluating students' classroom and practicum performance. Students are expected to demonstrate the Standards and Essential Functions with students, faculty, staff, supervisors, peers, clients and other professionals.

Faculty and/or students are encouraged to use the Office of Disability Services and the Learning Diagnostic Clinic as a resource and for consultation.

### 2.1.1 Motor Abilities

The social work student must have sufficient motor abilities to attend class and practicum placement with or without reasonable accommodation.

### 2.1.2 Sensory Abilities

The social work student must have the ability through his or her senses to participate in classes and practica placement. The student must acquire and integrate data through the use of their senses with or without reasonable accommodation.

### 2.1.3 Communication Skills

The social work student must communicate effectively and sensitively with individuals from all components of the program. Students must express their ideas and feelings clearly and demonstrate a willingness and ability to listen to others. They must have sufficient spoken and written skills to understand the content presented in the program. The social work student must have all of these communication skills *with or without reasonable accommodation.*

### 2.1.4 Self-Awareness

The social work student must know how his or her values, attitudes, beliefs, emotions and past experiences affect his or her thinking, behavior, and relationships. The student must be willing to examine and change his or her behavior when it interferes with his or her working with other individuals in the program. The student must be able to work effectively with others in subordinate positions as well as with those in authority.

### 2.1.5 Professional Commitment

The social work student must have a strong commitment to the goals of social work and to the ethical standards of the profession. The student must be committed to the essential values of social work that include the dignity and worth of every individual and his or her right to a just share of society's resources.

### 2.1.6 Knowledge Base for Social Work Practice

The professional activities of social work students must be grounded in relevant social, behavioral, and biological science knowledge and research. This includes knowledge and skills in relationship-building, data-gathering, assessment, intervention, and evaluation of practice.

### 2.1.7 Objectivity

The social work student must be objective enough to systematically evaluate clients and their situations in an unbiased, factual way.

### 2.1.8 Empathy

The social work student must endeavor to comprehend another individual's way of life and values. He or she must be able to communicate this empathy in course work and support to the client as a basis for a productive professional relationship.

### 2.1.9 Energy

The social work student must be resistant to the undesirable effects of stress, and avoid burnout by exercising appropriate self-care and developing cooperative and facilitative relationships with colleagues, peers, or professionals *with or without reasonable accommodation.*

Exhibit_C_014

#### 2.1.10 Acceptance of Diversity

The social work student must appreciate the value of human diversity. In an appropriate manner, the student must work with all persons in need of assistance, regardless of the person's economic or social status, race, color, gender, creed, sexual orientation, political orientation, disability, veteran's status, age, marital status or parental status. Social work students must not impose their own personal, religious, sexual, or cultural values on their clients.

#### 2.1.11 Interpersonal Skills

The social work student must demonstrate the interpersonal skills needed to relate effectively to individuals from all components of the program. These skills include compassion, altruism, integrity, and the demonstration of respect for and consideration of others.

#### 2.1.12 Professional Behavior

The social work student must behave professionally by knowing and practicing within the scope of social work, respecting others, being dependable (including being punctual), prioritizing responsibilities, and completing assignments on time.

#### 2.1.13 Ethical Obligations

The social work student's current behavior, classroom and field practicum performance must be consistent with the ethical expectations and obligations of professional practice, as stated in the NASW Code of Ethics. Ethical behaviors identified in the Code of particular note emphasized at missouristate School of Social Work include:

1. Healthy resolution of past or current charges and/or convictions or convictions of an offense that is contrary to professional practice.
2. Systematic evaluation of clients and their situations in an unbiased, factual way. Suspension of personal biases during interaction with others.
3. Comprehension of another individual's way of life and values. Empathic communication and support of the client as a basis for a productive professional relationship.
4. Appreciation of the value of diversity. Effective and nonjudgmental relation to and work with others who are different from oneself. Appropriate service to all persons in need of assistance, regardless of the person's economic or social status, race, color, gender, creed, sexual orientation, political orientation, disability, veteran's status, age, marital status or parental status. No imposition of personal, religious, sexual, and/or cultural values on clients.
5. Demonstration of respect for the rights of others. Commitment to client's right to freedom of choice and self-determination.
6. Maintenance of confidentiality as it relates to human service, classroom activities, and field placement.
7. Demonstration of clear, appropriate, and culturally sensitive boundaries. Does not sexually harass others; make verbal or physical threats; become involved in sexual relationships with clients, supervisors, or faculty; abuse others in physical, emotional, verbal, or sexual ways; or participate in dual relationships where conflicts of interest may exist.
8. Other behaviors consistent with the NASW Code of Ethics

**2.2**

**SCHOLASTIC PERFORMANCE THAT MAY RESULT IN A REVIEW AND POSSIBLE DISMISSAL FROM THE SCHOOL OF SOCIAL WORK**

#### 2.2.1 Undergraduate Students

Students are considered to be in academic difficulty if their GPA drops below 2.30. Students who have not achieved a 2.5 GPA will not be admitted into the program or the field practicum. Failure to maintain a passing grade in the field practicum will result in dismissal. A review will be called if a student earns a "D" or "F" in any required social work courses. A combined GPA of 2.5 is required for graduation.

Students must complete the prerequisites outlined in their appropriate courses of study, as outlined in

Exhibit_C_015

the course catalog. Students may not have grades of incomplete ("I") in any prerequisites if they are to continue course work. Students may not continue to enroll in nor participate in any social work courses if they have not complied with the concurrent requirements or previous social work courses.

### 2.2.2 Graduate Students

Students are expected to meet graduate school requirements for good academic standing of a 3.00 GPA for all graduate course work transferred in or earned at missouristate. Students will be dismissed from the program for any of the following reasons:

1. Two grades of "C" in any social work courses;
2. A grade of "C" in the field practicum;
3. A grade below "C" in any social work course

### 2.3

### Non-Performance of Standards and Essential Functions That May

### Result in a Review and Possible Dismissal from the School

### of Social Work

Student reviews can occur under any of the following circumstances:

1. Failure to meet or maintain academic requirements as stated under the Scholastic Performance section
2. Failure to meet or maintain academic requirements of the University
3. Scholastic dishonesty, including cheating, lying, plagiarism, collusion, falsifying academic records, or any act designed to give unfair academic advantage to the student (For complete University policy and procedures see missouristate Graduate and Undergraduate catalogs).
4. Behavior judged to be in violation of the current NASW Code of Ethics
5. Any threat or attempt to harm oneself or someone else
6. Commission of a criminal act that is contrary to professional practice, occurring during the course of study or occurring prior to admission to the School of social Work and becoming known after admission.
7. Consistent pattern of unprofessional behavior
8. Failure to exhibit the Standards and Essential Functions for Admission and Continuance in the missouristate School of Social Work

### 2.4

### Sources of Documentation

Confirmation of meeting academic performance criteria in the School of Social Work may include, but is not limited to, any of the following:

1. Feedback or reference letters from faculty, work supervisors, or supervisors of volunteer human service activity or other field experiences
2. Feedback from agency-based field instructors
3. Observation of classroom, volunteer, or field behaviors
4. Performance in oral and written assignments, examinations (including the comprehensive exam), social work skill labs, or other appropriate course work
5. Student personal statements or self-assessments
6. Interviews with faculty or other professionals
7. Taped interview situations (audio or video)
8. Feedback from students, staff, university personnel or records (missouristate or other colleges

Exhibit_C_016

and universities), helping professionals, or community

9. Feedback from faculty in other social work programs that student may have attended

10. Signed confidentiality statements, scholastic honesty statements, contracts consistent with the NASW Code of Ethics, Essential Functions and Standards, and other contracts between the school and the student.

## 2.5

### Accommodations for Disabilities

No otherwise qualified student shall, on the basis of disability, be subjected to discrimination or excluded from participation in the School of Social Work. A student with a disability may be protected by the Americans with Disabilities Act (ADA) and be eligible for reasonable accommodation to provide equal opportunity to meet criteria for professional behavior and scholastic performance.

Any otherwise qualified student with a protected disability who requests a reasonable accommodation must notify the Office of Disability Services and provide documentation as needed. The Office of Disability Services makes recommendations for accommodations. The School of Social Work will review academic performance criteria in light of individual student circumstances to explore issues of appropriateness and accommodation. An initial assessment, subsequent plan, use of outside experts (including the Office of Disability Services), and periodic checks between the School of Social Work and the student are appropriate courses of action in making accommodations.

## 3.0

### POLICIES AND PROCEDURES FOR REVIEW OF PERFORMANCE:

### THREE LEVELS OF REVIEW

Three levels of review can occur at the School of Social Work in reviewing student's academic performance. The level of review depends upon the potential severity of the concern.

Information disclosed during student meetings with faculty, program coordinators, or school administrators will not be kept confidential if the information raises concerns about professional performance. Faculty and/or program coordinators will share pertinent information with each other for the professional purpose of identifying student issues and enhancing problem solving about the concerns. They will follow university procedures related to student performance issues.

### Level I

A Level I review involves a faculty member and a student. When a faculty member has concerns about a student enrolled in the social work program meeting any of the criteria, whether related to professional behavior or scholastic performance, the faculty member will:

1. Discuss those concerns directly with the student and seek to work with the student to resolve the difficulties

2. Apprise the appropriate BSW, MSW, Joplin Program, or Field Director of the concerns in order to identify potential patterns and issues related to the student

3. Document dates and content of meetings with students. If a problem arises in the field, `the agency-based field instructor will discuss concerns directly with the student and with the faculty liaison. It is the responsibility of the faculty liaison to apprise the appropriate directors/coordinator of the concerns.

    In many instances, meetings between faculty and students resolve the concerns and do not necessarily lead to further reviews.

### Level II

A Level 2 review involves the faculty member, student, and program director/coordinator. Faculty and program directors/coordinator will meet with the student when concerns have not been resolved at Level 1. If a problem arises in the field, the agency-based field instructor, faculty liaison, and field director will conduct the review with the student.

In this information gathering process, the program director will determine the nature of the concern and gather sufficient information to develop a plan to address that concern, if one is needed. No further

Exhibit_C_017

action may be required, or the student may be asked, in writing, to modify his or her behavior and/or seek appropriate help. This process is designed to assist students in dealing with identified concerns that have an impact on their performance.

The BSW, MSW, and/or Field Director, will assess the nature of these concerns with appropriate faculty, consult with the Advisor, and with the Program Director, maintain documentation, and decide if it is necessary to conduct a more comprehensive review, pursuant to Level 3.

**Level III**

A Level 3 review involves the faculty member, student, program coordinator, and faculty who have had direct experience with the student in the classroom or field. Generally, this level of review is called when problematic patterns are identified with students, or when the issues are serious enough to require formal consultation with other faculty and the student.

More often, a Level 3 review is conducted when concerns have not been resolved in prior reviews; when issues relate to a student not meeting the performance criteria (typically involving professional or ethical behaviors); or when the student is being considered for withdrawal or discontinuance in the program.

Usually, a Level 3 review is sufficient to deal with student performance and is the last decision- making step in the review process at the School of Social Work.

When a Level 3 review is called, the appropriate program director will convene a meeting with the appropriate faculty and the student to gather information, determine the nature of the problem (if one is confirmed to exist), and identify alternatives for its remediation. Appropriate faculty to be involved in a review will include but are not limited to those who have direct knowledge of and experience with the student.

The student will be notified in writing of the concerns and meeting date, with sufficient time to prepare for and attend the meeting. After the review meeting has occurred, the program director or coordinator will consult with the Director of the School of Social Work to discuss the problem situation and make recommendations regarding the student. Based on the review conference with the Director and an objective assessment of the information provided, and the BSW Program Director (if an undergraduate student) or the MSW Program Director (if a graduate student) will inform the student of the decisions, which can include one or more of the following actions:

1. Continue the student in the program with no conditions.

   In these situations, the concern has been addressed and no further action by the student or program is required.

2. Establish formal conditions for the student's continuance in the program.

   In these situations, specific conditions must be met in order for the student to remain in the program. Actions may include establishing goals, a plan, a timeline, and appropriate monitoring; providing mentoring and support; placing the student on probation and monitoring the student during the probationary period; referring the student to counseling and/or advising services; allowing the student to follow a reduced course load; delay entry to the field practicum; or requiring the student to withdraw from the program with the option of reapplying.

3. Consult with and/or refer to the Dean of Student Services or the Academic Integrity Council.

   In some instances, depending on the nature of the problem, the University's Academic Integrity Council in the Office of Academic Affairs or the Office of the Dean of Student Services may be consulted. If a referral is made to either of these Offices, after consultation, the student will be notified in writing about the nature of the concern and that the referral is taking place. A situation that may result in referral to the Academic Integrity Council is academic dishonesty. Situations which may result in referral to the Dean of Student Services may include hazing, racial or sexual harassment, possession or use of firearms or other weapons on University property, damage or destruction of University property, and conduct that endangers the health or safety of any University student, employee, or campus visitor.

4. Counsel the student to change major/degree program and/or discontinue the student in the program.

   In some situations, it will be recommended that the student no longer continue in the social work program. The student will be counseled to voluntarily change majors or degree programs. If that does not occur, the student will be provided with documentation regarding the specific reasons for his or her dismissal and the conditions, if any, under which he or she may re-apply.

Exhibit_C_018

In any Level 3 review, there must be clear, concise documentation of the problem areas as well as verification that these concerns have been discussed with the student and attempted to be ameliorated, where appropriate. Students must be notified of the decision in writing within ten calendar days of the review. It is the responsibility of the program director/coordinator to communicate the decision to the student.

### 4.0

### GRIEVANCES

Pursuant to the student grievance procedures for students provided in the Undergraduate and Graduate Catalogs and Handbooks, students enrolled in the Social Work Program have the right to redress grievances, including decisions that are the result of reviews outlined in Section 3.0 of these Standards and Essential Functions for Social Work Education. Students are assured freedom from reprisals for bringing a grievance.

### 4.1

### PROCEDURES FOR HANDLING GRIEVANCES

Procedures for handling grievances at the School of Social Work are as follows:

#### 4.1.1 Undergraduate Students

An undergraduate student who has a grievance involving a grade or other dispute shall discuss the matter with the faculty member involved. If the dispute is not resolved, and for all other grievances, the student can appeal the matter to the director of the undergraduate program. (If the grievance involves field placement, the student can appeal to the field director and then to the director of the undergraduate program.) If the dispute is not resolved, the student will follow the procedures outlined below, which also apply to grieving decisions that are the result of reviews outlined in Section 3.0 of these standards.

The student will submit the grievance in writing to the Director's school of Social Work office within ten (10) calendar days of the decision that is the subject of the grievance.

The student's advisor is available in the School of Social Work to assist the student in the grievance process. The grievance shall specifically state the reasons the student believes that the decision that is the subject of the grievance is incorrect.

The Director of the School of Social Work or his or her delegate will convene a panel of three (3) faculty to consider the grievance. The student bringing the grievance has the right to exclude one person from the panel, and the chair can appoint a replacement for the excluded member. The panel members, appointed to assure optimal representation of faculty, will have no direct knowledge of or experience with the particular incident.

The Director of the School of the School of Social or his or her delegate will convene a panel of three (3) faculty to consider the grievance. The panel members, all appointed to assure optimal representation of faculty, will have no direct knowledge of or experience with the particular incident. The student bringing the grievance has the right to exclude one person from the panel, and the chair can appoint a replacement for the excluded member.

The panel shall review the nature of the problem, alternatives for its remediation, prior documentation and/or decisions about the student's continuation in the program. After consideration of the student's grievance, including a meeting with the student if requested by the student or considered necessary by the panel, the panel will deliberate as a group and make a decision concerning the grievance. The chair of the grievance panel shall keep appropriate documentation and notify the student of its decisions in writing within ten (10) calendar days of consideration of the grievance.

#### 4.1.2 Graduate Students

A graduate student who has a grievance involving a grade or other dispute shall discuss the matter with the faculty member involved. If the dispute is not resolved, and for all other academic grievances, the student can appeal the matter to the director/coordinator of the graduate program, who may consult with the graduate advisor. (If the grievance involves field placement, the student can appeal to the field director/coordinator of the graduate program.) If the dispute is not resolved, the student will follow the procedures outlined below, which also apply to grieving decisions that are the result of reviews outlined in Section 3.0 of these Standards.

The student will submit the grievance in writing to the School of Social Work Director's Office within ten (10) calendar days of the decision that is the subject of the grievance. The student's advisor is available

Exhibit_C_019

in the School of Social Work to assist the student in the grievance process. The grievance shall specifically state the reasons the student believes that the decision that is the subject of the grievance is incorrect.

The Director of the School of Social Work will appoint an ad hoc grievance panel consisting of three (3) faculty members. The panel appointed will have no direct knowledge of the incident. The student bringing the grievance has the right to exclude one person from the panel, and the chair can appoint a replacement for the excluded member.

The Panel shall review the nature of the grievance, alternatives for its remediation, prior documentation and/or decisions about the student's grievance, including a meeting with the student if requested by the student or considered necessary by the panel, the panel will report its findings to the Director of the School of Social Work.

The director will make the final decision on the grievance within the School of Social Work. Such a decision may include upholding the student's grievance, denying the student's grievance, or making additional recommendations. It is the responsibility of the director to keep appropriate documentation and inform the student in writing of its decision within ten (10) calendar days of consideration of the grievance.

The Decision of the Director of the School of Social Work concerning the grievance may be appealed in writing to the Dean of the College of Health and Human Services (CHHS) and/or the Office of Equal Opportunity.

Missouri State University • Copyright 2006 Board of Governors, Missouri State University • Disclaimer • Accessibility
Contact Information • Maintained by: Social Work • Last Modified: July 28, 2006
URL: http://www.missouristate.edu /swk/4631.htm

Exhibit_C_020