**Brooker, Emily S**

| | | | |
|---|---|---|---|
| **From:** | Summers, Anne B | **Sent:** | Fri 12/16/2005 8:35 AM |
| **To:** | Brooker, Emily S | | |
| **Cc:** | | | |
| **Subject:** | Meeting this afternoon | | |
| **Attachments:** | | | |

Emily, at this point in our discussion, only those individuals within the School of Social Work who have been involved in the process or have a decision making role will be included in the meeting.

See you this afternoon at 3:00 p.m.

Anne B. Summers

BSW Program Director