Emily Brooker
1/3/06

## Written Response About My Awareness:

### How will I lessen the gap?

### How do I plan on dealing with my biases?

Over the break I have spent time talking to several social workers, a couple of hours with my practicum supervisor, and reading the book <u>Too High A Price: The case against Restricting Gay Parenting</u> as well as other pamphlets from the Town Hall Meeting.

In the future I plan on continuing in discussions with other professionals when circumstances arise that I have not yet faced in order to develop professional skills to use in practice. I will also continue to validate the reasons why I can work with people of all populations by stating the strengths of the population. I will use this as a technique before meeting with client as a means to familiarize myself with their natural resources.

### Personal vs. Professional: is there a difference?

I have gained insight on how to separate my personal beliefs from my professional obligations/duties to my clients. Through the discussions that I have had with other professionals I now see that I am not compromising my beliefs when I place children in a Gay or Lesbian homes. *unless this contradicts w/ the law*

I will continue to assess and discuss ways to separate my personal beliefs from my professional obligations/duties. I believe that the first step for me will always be to say this phrase, "I am not compromising my beliefs by supporting my client in theirs.

### Would I advocate for my client?

Exhibit_E_022

### Do I or Can I support Gay and Lesbian people in their decisions.

I believe that I can support Gay and Lesbian people in their decisions because it is theirs not mine. I understand that what is right for my client is not always going to be what would be right for me in the same situation. I believe in supporting my clients in their decisions, unless they want to harm themselves or others.

### Would I leave a child in a Gay or Lesbian home if they were already there?

I believe in the "Best Placement for the Child". Therefore I never planned nor do I plan on removing children from their families based on the sexual orientation of the caretaker.

### Will I be able to adhere to the SEF Policies and the Code of Ethics?

### 2.1.10 Diversity

I fully recognize and accept that I must support my clients regardless of their diverse characteristics, including: economic, social status, race, color, gender, creed, sexual orientation, political orientation, disability, veteran's status, age, marital status or parental status. I also realize that I must not impose my own personal, religious, sexual, or cultural values on my clients.

### 2.1.11 Interpersonal Skills

I recognize and accept that I must be able to show compassion, altruism, and integrity with respect for and consideration of others within my profession and my clients.

Exhibit_E_023

### 2.1.12 Professional Behavior

I accept the responsibility of knowing and practicing within the scope of social work, respecting others, being dependable, prioritizing responsibilities, and completing assignments on time.

### NASW Code of Ethics

I fully supported the mission of the social work profession in enhancing human well-being through empowerment. I believe in the six core values of: Service, Social Justice, Dignity and worth of the person, Importance of human relationships, Integrity, and Competence. I pledge to use the values, principles, and standards outlined in the Code of Ethics as my guide when ethical decisions arise. Finally, I pledge to follow the ethical standards as outlines in the Code of Ethics in all my professional activities.

Exhibit_E_024