**Brooker, Emily S**

| | | | |
|---|---|---|---|
| **From:** | Boling, Catherine Lea | **Sent:** | Tue 1/3/2006 2:20 PM |
| **To:** | Michelle Seifert (Michelle.Seifert@coxhealth.com) | | |
| **Cc:** | Summers, Anne B; Brooker, Emily S | | |
| **Subject:** | Emily Brooker | | |
| **Attachments:** | | | |

Hi Michelle:

I hope your holidays were joyous. We are looking forward to a great semester.

Would you be available for a meeting on January 18 at around 11:30 a.m. or 12:00 p.m. to meet here in our building (Professional Building, Suite 200) located at the corner of Kimbrough and Cherry Streets? The purpose is to set a contract with Emily Brooker for her practicum and integrative seminar. We have discussed this with Emily and want to ensure that all of the pertinent parties (student, field instructor, educational field instructor, faculty liaison, field director and director of the BSW program, etc) is clear regarding the expectations of the student, the agency, and the School. Our goal is to promote a successful practicum experience for Emily, the agency, and for the School of Social Work. Let me know if you have any questions. Thank you for your willingness to supervise social work practicum students. Thanks.

Catherine Boling, MSW, LCSW
Director of Field Education
Missouri State University
School of Social Work
901 S. National
Springfield, MO 65897
417-836-5481

Exhibit_F_025