**Brooker, Emily S**

| | | |
|---|---|---|
| **From:** | Boling, Catherine Lea | **Sent:** Fri 1/13/2006 10:44 AM |
| **To:** | Brooker, Emily S | |
| **Cc:** | | |
| **Subject:** | Meeting | |
| **Attachments:** | | |

Emily:

Could you please plan to meet to discuss the individual contract following your SWK 480 class on Wednesday, January 18? Be prepared to give input re: what you want it to include in addition to what we have included. I will try to send you a draft prior to the meeting so you can think about it and provide input. Thanks.

Catherine Boling

Exhibit_G_026