> ⚠ Attachments can contain viruses that may harm your computer. Attachments may not display correctly.

**Brooker, Emily S**

| | | | |
|---|---|---|---|
| **From:** | Boling, Catherine Lea | **Sent:** | Wed 1/18/2006 6:34 PM |
| **To:** | Brooker, Emily S | | |
| **Cc:** | | | |
| **Subject:** | FW: Revised Draft | | |
| **Attachments:** | Brooker Emily DRAFT contract 1-18-06.doc(35KB) | | |

Emily:

Attached is a revised draft based on additional input from you, Dr. Summers, and Professors Farmer and Boling. As discussed during the meeting earlier today, you were asked and you agreed to return the contract to the School of Social Work on Thursday, 1-19-06 at 11:00 a.m. Also as discussed, you agreed to let Dr. Summers know, in writing, if you are unable to sign the contract/plan. Thank you.

Catherine Boling

Exhibit_H_027