UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

# Civil Cover Sheet Input Form

This form has been approved for use by the general public for generating the civil cover sheet for filing new cases in the Western District of Missouri. Your comments about the form and suggestions for improvements are always greatly appreciated.

\* This application works best with Netscape 6+

This automated JS-44 conforms generally to manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use **only** in the Western District of Missouri. Instructions)

| I (a) - PLAINTIFFS | DEFENDANTS |
|---|---|
| Add New Plaintiff | Add New Defendant |
| Emily Brooker  Edit  Delete | Michael L. Franks  Edit  Delete |
| | Mary Sheid  Edit  Delete |
| | James Buford  Edit  Delete |
| | Michael Duggan  Edit  Delete |
| | John L. Winston  Edit  Delete |
| | Brian Hammons  Edit  Delete |
| | Phyllis Washington  Edit  Delete |
| | Cathy Smith  Edit  Delete |
| | Michael T Nietzel  Edit  Delete |
| | Lola M. Butler  Edit  Delete |
| | Anne B. Summers  Edit  Delete |
| | Frank G. Kauffman  Edit  Delete |
| | Catherine L. Boling  Edit  Delete |
| b) - County of Residence of First Listed Plaintiff  Greene | County of Residence of First Listed Defendant  Greene |
| c) Plaintiff's Attorney  Add New PLA Attorney  Kevin Theriot  Edit  Delete | Defendant's Attorney (If known)  Add New DFT Attorney |

☐ Check here if you are filing a motion to proceed in forma pauperis

Does this case seek a declaration judgment that a Missouri statute, rule or regulation is unconstitutional on its face or seek to enjoin the enforcement of a rule or regulation as to all persons because it is unconstitutional on its face?  No

NOTE: Do not include cases that only allege that the State of Missouri or any of its

agencies have acted unconstitutionally or petitions or complaints filed by persons confined in federal, state, county or municipal penal institutions, jail or mental institutions.

## II. Basis of Jurisdiction
(Select from drop menu below)
3. Federal Question (U.S. not a party)

## III. Citizenship of Principal Parties (Diversity cases only)
*PLAINTIFF*
1 Citizen of This State
*DEFENDANT*
1 Citizen of This State

## IV. Origin
(Select from drop menu below)
1. Original Proceeding

## V. Nature of Suit (Select one box)

### Contract
- ○ 110 Insurance
- ○ 120 Marine
- ○ 130 Miller Act
- ○ 140 Negotiable Instrument
- ○ 150 Recovery of Overpayment & Enforcement of Judgment
- ○ 151 Medicare Act
- ○ 152 Student Loan -non VA
- ○ 153 Recovery of VA Benefits
- ○ 160 Stockholder Suits
- ○ 190 Other Contract
- ○ 195 Contract Product Liability

### Real Property
- ○ 210 Land Condemnation
- ○ 220 Foreclosure
- ○ 230 Rent Lease & Ejectment
- ○ 240 Torts to Land
- ○ 245 Tort Product Liability
- ○ 290 Other Real Property

### Bankruptcy
- ○ 422 Appeal 28 USC 158
- ○ 423 Withdrawal 28 USC 157

### Property Rights
- ○ 820 Copyrights
- ○ 830 Patent
- ○ 840 Trademark

### Torts

**Personal Injury**
- ○ 310 Airplane
- ○ 315 Airplane Product Liability
- ○ 320 Assault, Libel & Slander
- ○ 330 Federal Employers' Liability
- ○ 340 Marine
- ○ 345 Marine Product Liability
- ○ 350 Motor Vehicle
- ○ 355 Motor Vehicle Product Liability
- ○ 360 Other Personal Injury

### Civil Rights
- ○ 441 Voting
- ○ 442 Employment
- ○ 443 Housing/Accomodations
- ○ 444 Welfare
- ● 440 Other Civil Rights

### Forfeiture/Penalty
- ○ 610 Agriculture
- ○ 620 Other Food & Drug
- ○ 625 Drug Related Seizure of Property 21 USC 881
- ○ 630 Liquor Laws
- ○ 640 R.R. & Truck
- ○ 650 Airline Regulations
- ○ 660 Occupational Safety/Health
- ○ 690 Other

### Personal Injury
- ○ 362 Med. Malpractice
- ○ 365 Personal Injury - Product Liability
- ○ 368 Asbestos Personal Injury Product Liability

**Personal Property**
- ○ 370 Other Fraud
- ○ 371 Truth in Lending
- ○ 380 Other Pers Property Damage
- ○ 385 Property Damage Product Liability

### Prisoner Petitions
- ○ 510 Motions to Vacate Sentence

**Habeas Corpus:**
- ○ 530 Habeas Corpus General
- ○ 535 Habeas Death Penalty
- ○ 540 Mandamus & Other
- ○ 550 Civil Rights
- ○ 555 Prison Condition

### Labor
- ○ 710 Fair Labor Standards Act
- ○ 720 Labor/Mgmt. Relations
- ○ 730 Labor/Mgmt. Reporting & Disclosure Act
- ○ 740 Railway Labor Act
- ○ 790 Other Labor Litigation
- ○ 791 E.R.I.S.A.

### Other Statutes
- ○ 400 State Reapportionment
- ○ 410 Antitrust
- ○ 430 Banks & Banking
- ○ 450 Commerce/ICC Rates/ etc
- ○ 460 Deportation
- ○ 470 RICO
- ○ 810 Selective Service
- ○ 850 Securities / Commodities / Exchange
- ○ 875 Customer Challenge 12 USC 3410
- ○ 891 Agricultural Acts
- ○ 892 Economic Stabilization Act
- ○ 893 Environmental Matters
- ○ 894 Energy Allocation Act
- ○ 895 Freedom of Information Act
- ○ 900 Appeal of Fee Determination Under Equal Access to Justice
- ○ 950 Constitutionality of State Statute
- ○ 890 Other Statutory Actions

### Social Security
- ○ 861 HIA (1395ff)
- ○ 862 Black Lung (923)
- ○ 863 DIWC/DIWW (405(g))
- ○ 864 SSID Title XVI
- ○ 865 RSI (405(g))

### Federal Tax Suits
- ○ 870 Taxes US Plaintiff or Defendant

|  |  | ○ 871 IRS Third Party 26 USC 7609 |
|---|---|---|
| Is this a removal from state court? No | | |

**VI Cause of Action** (CITE THE U. S. STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)
42 U.S.C. section 1983 and 1988; First and Fourteenth Amendments to U.S. Constitution

| **VII. Requested in Complaint** | ○ Class Action Under FRCP 23<br>◉ Not Class Action | **Demand**<br>Nominal and co[m] | **Jury Demand**<br>(requested in Complaint)<br>◉ Yes  ○ No |
|---|---|---|---|
| **VIII. This Case** | ◉ is not a refiling of a previously dismissed action.<br>○ is related to case number _____ , assigned to Judge _____ .<br>○ is a refiling of case number _____ , previously dismissed by Judge _____ | | |

**DATE**          **SIGNATURE OF ATTORNEY OF RECORD**

*[signature]*

**IMPORTANT** - The submission of this Civil Cover Sheet does not constitute the filing of your complaint. You MUST electronically file your complaint upon notification from the Clerk's Office.

[ Generate JS-44 ]    [ Reset Form ]